## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

MICROSOFT CORPORATION,

Plaintiff

-v-

JOHN DOES 1-10 d/b/a Testinside,
testinside.com, testinside.org, testinside.us,
testinside.net, testinside.co.uk,
testinside.ws, pass4side.com,
pass4side.net, certinside.com,
certinside.org, certinside.net,
exam4cert.com, exam4cert.biz,
exam4cert.net, and exam4cert.org

Defendants.

CIVIL ACTION NO.

---

### DECLARATION OF PEGGY CROWLEY

I, Peggy Crowley, declare as follows:

1.    I am employed by plaintiff Microsoft Corporation ("Microsoft"), and have been since 1997.  I make this Declaration upon personal knowledge and, if called to testify, could and would testify competently to the facts set forth herein.

### Professional Experience

2.    Microsoft is in the business of, among other things, certifying the competency of individuals engaged in various fields of the information technology industry (hereinafter, "Certification Programs").

3.    At all relevant times, I served as the Anti-Piracy Program Manager for Microsoft Learning's Certification and Assessments group at Microsoft.  One of my primary areas of responsibility at Microsoft has been the security of Microsoft's

Certification Programs.  In 1993, I earned a Bachelor of Arts from the University of Washington and in 1996 I earned a Masters of Library and Information Science from the University of British Columbia.

4.     I was formerly part of a group of Anti-Piracy specialists that receives on-going training and updating on Microsoft software identification and distribution practices.  One of my primary areas of responsibility was the identification and analysis of counterfeit, infringing and genuine Microsoft product including software, license agreements, distribution, packaging and other related parts and hardware.  In this role I have conducted product identification for federal law enforcement agencies such as the Seattle FBI. I have over 1000 hours of experience in identifying genuine and counterfeit Microsoft hardware and components.  As the Anti-Piracy Program Manager for Microsoft Learning's Certification and Assessments group at Microsoft, I conducted presentations and training seminars for the Microsoft Certified Professional community regarding all aspects of exam fraud.  For example I conducted presentations at Microsoft's TechEd conference for developers around the world.

5.     My current title at Microsoft is Senior Paralegal.  My responsibilities include administering Microsoft's copyright registrations, assisting the business with strategic copyright counseling and assisting with work on copyright policy and strategies.

6.     I will receive no compensation in connection with my work in this matter other than my normal salary.  Based on my employment duties and responsibilities and in the ordinary course of Microsoft's business, I have gained and have personal knowledge of the facts set forth below or have reason to believe them to be true.

-2-

7.     The purpose of Microsoft's Certification Programs are: (1) to set an industry wide, worldwide recognized standard for basic competency levels in various fields of the information technology industry; (2) to maximize efficiency in recruiting, hiring, training, and promoting employees; (3) to help fill the needs of today's information technology workforce by providing individuals with skills in demand; and (4) to provide industry educators with the standards necessary to prepare individuals to meet the job skills of today.

8.     In order to become certified under any of Microsoft's various Certification Programs, a candidate must pass the required certification exam(s) (the "Certification Exams") for a particular certification program.

9.     Microsoft's certification programs include, but are not limited to, the following: (1) Microsoft Certified Technology Specialist (MCTS); (2) Microsoft Certified IT Professional (MCITP); (3) Microsoft Certified Professional Developer (MCPD); (4) Microsoft Certified Architect (MCA) Program; (5) Microsoft Certified Desktop Support Technician (MCDST); (6) Microsoft Certified Learning Consultant (MCLC); (7) Microsoft Certified Systems Administrator (MCSA); (8) Microsoft Certified Systems Engineer (MCSE); (9) Microsoft Certified Database Administrator (MCDBA); (10) Microsoft Certified Trainer (MCT); (11) Microsoft Certified Application Developer (MCAD); (12) Microsoft Certified Solution Developer (MCSD); (13) Microsoft Certified Business Management Solutions Specialist; (14) Microsoft Certified Business Management Solutions Professional; (15) Microsoft Office Specialist (Office Specialist); (16) Microsoft Certified Application Specialist (MCAS); (17) Microsoft Certified Application Professional

(MCAP); and (18) Microsoft Certified Professional (MCP) (collectively, "Certification Programs").

      10.    Microsoft protects its Certification Exams through a variety of methods, including, but not limited to requiring its certified professionals to agree to a Non-Disclosure Agreement.   Students who pass the necessary Certification Exams are eligible to designate themselves as Certified in a particular professional competency. Before an individual may use such designation, he or she must agree to the Microsoft Certified Professional Program Agreement ("MCPPA"), which identifies the Certification Exams as Microsoft's trade secrets and prohibits, among other things, unauthorized disclosure or distribution of Certification Exam materials.

      11.    Microsoft registers the copyrights in its exams using the "secure" filing procedure with the United States Copyright Office.   True and correct copies of the Certificates of Registration for the Certification Exams identified in Paragraphs 19-23, below, are included in the Appendix at Exhibit 7-9; and a list of over 60 of Microsoft's certification exams and their corresponding Copyright Registration Numbers is included in the Appendix at Exhibit 10.  It is my understanding that at all times since their creation, Microsoft has been, and still is, the sole owner of all right, title and interest in, and to, the aforementioned Certification Exams, all corresponding Certificates of Registration, and any subsequent versions thereof.

      12.    Microsoft has also duly and properly registered a number of trademarks and service marks in the United States Patent and Trademark Office on the Principal Register, including, but not limited to, the following trademark/service marks (collectively, the "marks") relevant to this litigation:

-4-

a)    "MICROSOFT," Trademark and Service Mark Registration No. 1,200,236 and Renewal for computer programs and computer programming services;

b)    "MICROSOFT," Service Mark Registration No. 1,684,033, for education and training services; namely, conducting classes and seminars in the field of computers and computer programs;

True and correct copies of the certificates of registration for the marks are included in the Appendix at Exhibits 11 & 12, respectively.

13.    Microsoft advertises and markets its Certification Programs under, among other things, its registered Microsoft® marks.  These marks are the means by which Microsoft's Certification Programs are distinguished from the exams, programs, products and services of others in the same field or related fields.  Because of Microsoft's long, continuous, and exclusive use of these marks, they have come to mean, and are understood by customers, end users, and the public to signify products or services of Microsoft.

14.    Microsoft further protects its Certification Exams by utilizing technological measures such as password protection and "click through" licenses to effectively control access to the exams, granting access to the exams only to those individuals authorized by Microsoft.

15.    Exams are delivered to the test centers via a secure connection to a secure, dedicated server at the test center.  A proctor is required to be physically onsite and visually monitoring the candidate at all times during the exam.  The use of video monitoring may be in used to aid this monitoring.  No electric devices are allowed in the test center.

16.     Microsoft   fields   complaints   from   legitimately   certified   individuals concerning the availability of study materials which contain actual test questions and answers.

17.     As part of my anti-piracy duties for Microsoft, I regularly analyzed materials to determine whether they are identical or substantially similar to Microsoft's copyrighted materials, including its Certification Exams.   In my position at Microsoft, I was one of only eleven (11) individuals who were authorized to access and review our secure Certification Exams for the purpose of making such comparisons.

**Examination of Materials from Defendants**

18.     I have personally examined and am familiar with the purported training materials distributed by the Defendants as set forth in the Complaint.

19.     On or about December 4, 2009, an investigator received via direct download a file entitled "70-431 - Microsoft SQL Server 2005 Implementation & Maintenance," which the investigator had purchased from Defendants via www.testinside.com.   I subsequently examined this product and conducted a side-by-side comparison to Microsoft's copyrighted "Exam 70-431 - Microsoft SQL Server 2005 Implementation & Maintenance."   My analysis revealed that the content of Defendants' "exam" was *identical* to Microsoft's copyrighted questions and answers from its 70-431 exam.

20.     On or about December 4, 2009, an investigator received via direct download a file entitled "70-443 - Designing a Database Server Infrastructure by Using Microsoft SQL Server 2005," which the investigator had purchased from Defendants via www.pass4side.com.   I subsequently examined this product and conducted a side-by-

side comparison to Microsoft's copyrighted "Exam 70-443 - Designing a Database Server Infrastructure by Using Microsoft SQL Server 2005." My analysis revealed that the content of Defendants' "exam" was *identical* to Microsoft's copyrighted questions and answers from its 70-443 exam.

21.    On or about December 4, 2009, an investigator received via direct download a file entitled "70-444 – Optimizing and Maintaining a Database Administration Solution by Using Microsoft SQL Server 2005," which the investigator had purchased from Defendants via www.certinside.com. I subsequently examined this product and conducted a side-by-side comparison to Microsoft's copyrighted "Exam 70-444 – Optimizing and Maintaining a Database Administration Solution by Using Microsoft SQL Server 2005." My analysis revealed that the content of Defendants' "exam" was *identical* to Microsoft's copyrighted questions and answers from its 70-444 exam.

22.    On or about December 8, 2009, an investigator received via direct download a file entitled "70-431 - Microsoft SQL Server 2005 Implementation & Maintenance," which the investigator had purchased from Defendants via www.testinside.co.uk. I subsequently examined this product and conducted a side-by-side comparison to Microsoft's copyrighted "Exam 70-431 - Microsoft SQL Server 2005 Implementation & Maintenance." My analysis revealed that the content of Defendants' "exam" was *identical* to Microsoft's copyrighted questions and answers from its 70-431 exam.

23.    On or about December 21, 2009, an investigator received via direct download a file entitled "70-444 – Optimizing and Maintaining a Database

Administration Solution by Using Microsoft SQL Server 2005," which the investigator had purchased from Defendants via www.testinside.com. I subsequently examined this product and conducted a side-by-side comparison to Microsoft's copyrighted "Exam 70-444 - Optimizing and Maintaining a Database Administration Solution by Using Microsoft SQL Server 2005." My analysis revealed that the content of Defendants' "exam" was *identical* to Microsoft's copyrighted questions and answers from its 70-444 exam.

<u>**Infringement Warnings to Defendants**</u>

24.     The Defendants have continued their infringing practices despite receiving multiple warnings from Microsoft. Microsoft has contacted the Defendants on several occasions, and also contacted several third party service providers of Defendants, including the host and the registrar of certain of the Testinside Websites. As a result of these contacts, the Defendants were suspended by their host on at least one occasion. In response, Defendants transferred websites to different hosting companies in an effort to continue their misconduct.

25.     Despite being on notice, the Defendants have continued to sell the infringing materials through Defendants' Websites. For example, Defendants ignored numerous demand letters sent to Defendants and their service providers until Defendants received a letter from Microsoft's counsel indicating that it was "**at least the fourth (4th) correspondence directed to you related to the Unauthorized Use of Copyrighted Material on the Testinside Websites**" (emphasis in original), at which point Defendants purported to remove all infringing material from the Testinside

Websites and apologized to Microsoft for their wrongdoing.   However, despite that assurance, Microsoft subsequently confirmed that Defendants immediately:

a.      continued to offer, distribute and sell infringing "Microsoft" materials via Testinside.co.uk in various jurisdictions, including *within the United States*;

b.      provided its customers with a "secret link" on the Testinside Websites to PDF "samples" of Microsoft's Certification Exams, allowing users to download pirated and infringing copies of large portions of those exams for free; and

c.      posted a link to "contact [Testinside] customer service" where Microsoft material was previously posted for sale, and, via that link, they direct customers interested in infringing material to Defendants' other websites, such as www.pass4side.com.

26.     More recently, I reviewed testinside.com, testinside.org, testinside.us, testinside.net, testinside.co.uk, and testinside.ws (the "Testinside Websites") and noticed that Defendants have fully re-commenced offering for sale and distribution unauthorized "Microsoft" exams on all of the Testinside Websites, and continue to do so on Defendants' other Websites as well.

27.     Microsoft has advised the Defendants and their service providers of the infringing and other improper conduct occurring on several of Defendants' Websites, identified offending links and materials, requested that those links be disabled, and identified the false contact information provided by Defendants.   In response to Microsoft's correspondence, the Defendants have taken steps to continue their conduct, such as (a) relocating their infringing material to another host (on another server); (b) substituting inconsistent and/or false contact information for the original, patently-false

-9-

information; (c) apologizing for (but yet continuing) their offending conduct on the Testinside Websites; and (d) fully re-commencing infringing sales on all of Defendants' Websites.

28.    A chart containing true and accurate information from the domain dossiers for Defendants' Domain Names, from times relevant to this litigation – including the provided contact information for the domain name registrant and identification of each host and domain name registrar – is included in the Appendix at Exhibit 3.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 29 day of January 2010.

/s/ Peggy Crowley
Peggy Crowley