UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

MICROSOFT CORPORATION,

Plaintiff

-v-

JOHN DOES 1-10 d/b/a Testinside,
testinside.com, testinside.org, testinside.us,
testinside.net, testinside.co.uk,
testinside.ws, pass4side.com,
pass4side.net, certinside.com,
certinside.org, certinside.net,
exam4cert.com, exam4cert.biz,
exam4cert.net, and exam4cert.org

Defendants.

CIVIL ACTION NO.

February __, 2010

## APPENDIX

Attached hereto are the following Exhibits referenced in the Complaint, Memorandums of Law and Declaration of Peggy Crowley:

| Exhibit # | Description |
|-----------|-------------|
| 1. | Screen shots from the Testinside Websites |
| 2. | Screen shot from U.S. Postal Website |
| 3. | WHOIS results Regarding Defendants' Websites and Chart summarizing same |
| 4. | Screen shots from the Pass4side Websites |
| 5. | Screen shots from the Certinside Websites |
| 6. | Screen shots from the Exam4cert Websites |
| 7. | Copyright Registration for Microsoft Exam 70-431 |
| 8. | Copyright Registration for Microsoft Exam 70-443 |
| 9. | Copyright Registration for Microsoft Exam 70-444 |

| 10. | Chart identifying numerous other Copyright Registration Numbers for Microsoft Certification Exams |
| 11. | Trademark and Service Mark Registration No. 1,200,236 |
| 12. | Service Mark Registration No. 1,684,033 |
| 13. | Relevant correspondence between Microsoft and Defendants |
| 14. | Cases in which Microsoft has obtained similar *ex parte* relief |
| 15. | Decisions from the Certifications Trendz v. Zhou case |

THE PLAINTIFF,
MICROSOFT CORPORATION


By:      /s/ _____
         Brian C. Roche (ct 17975)
         Gerald C. Pia, Jr.   (ct 21296)
         Roche Pia LLC
         Two Corporate Drive, Suite 248
         Shelton, CT  06484
         Telephone 203.944.0235
         Facsimile 203.567.8033
         Its Attorneys

## <u>CERTIFICATION</u>

A copy of this Appendix will be served on the named Defendants, along with the Summons and Complaint.

/s/ _____

Brian C. Roche - (ct 17975)

Gerald C. Pia, Jr.   (ct 21296)

# EXHIBIT 1

Best Practice, Guaranteed Certify! IT certification Learning materials . The Fastest and Guaranteed Way to Certify Now! - Testinside - Mozilla Firefox

File  Edit  View  History  Bookmarks  Tools  Help

http://testinside.com/

× Find:  t-fing    ↓ Next  ↑ Previous  ⊘ Highlight all  ☐ Match case

ISIDE
Pass IT Exams

United States-English ◆

Home    Search    All Vendors    Guarantee    Artides    News    About Us    Member Center    Shopping Cart

Sign In  or  Sign Up       Contact    About Us    Site Map

Search...                Search

**Testinside : IT Certification Material Provider**

TestInside.Com offers incredible career enhancing opportunities. We are a team of IT professionals that focus on providing our customers with the most up to date material for any IT certification exam. This material is so effective that we Guarantee you will pass the exam or your money back.

**News Exams**        Hot Exams

CCNA CCDA CCNP CCIE CCSE CompTIA A+ Network+ certification practice Exams and so on.

TestInside provides high quality IT exam practice questions and answers. Especially Cisco

**Username**
**Password**

Register   Login   Forget

**Most Popular Vendor**

Cisco
IBM
COGNOS
Oracle
CompTIA
Apple
VMWare
HP
Juniper Networks
Citrix
EXIN,Inc
Adobe

**110-811** - Basic Administration for Citrix NetScaler 9.0
**EX0-106** - BCNS Tactical Perimeter Defense
**EX0-107** - SCNP Strategic Infrastructure Security
**74-924** - MS Office Communication Server 2007-U.C Voice Specialization
**9L0-007** - Macintosh Service Certification Exam
**70-680** - TS:Windows 7,Configuring
**70-529B** - Microsoft .NET Framework 2.0 - Windows-based Client Development is in...
**143-060** - Brocade Certified Fabric Professional 8 Obilvsec Exam
**310-810** - Sun Certified MySQL 5.0 Database Administrator Part I
**310-811** - Sun Certified MySQL 5.0 Database Administrator Part II
**650-180** - SMBEN SMB Solutions for Engineers
**650-175** - SMBAM SMB Specialization for Account Managers

**Interactive Testing Engine Downloads**

? Offline Support
Chat Now ▶

**Contact us**
MSN:test-inside@hotmail.com

**User Testimonials**
"Tornsten, who is proficient in Microsoft technology,
"The after-service of testinsite is very perfect, I pass the examination easily with it, and it is reliable . If your friends are worried about the examination of IT certification , I suggest that can recommend him/her Testinside."

Home      Log In



Shopping cart:
now in your cart 0 items

SEARCH: Enter search key GO!

SHARE



## TestInside guarantee for you

- Quality and Value
- Tested and Approved
- Guaranteed to Pass
- Try Before Buy & Valuable Parteners

Our guarantee for you:100% pass IT exams

Please Select

Currencies: Euro

## Categories

3COM

AccessData

Adobe

Alcatel Lucent

Altiris

American College

APC

Apple

Ariba

BEA

BICSI

BlackBerry

Business Objects

CA

CheckPoint

CIPs

Cisco

Citrix

CIW

COGNOS

CompTIA

CTP

Curam Software



## welcome to testinside engine

Testinside provides high quality IT exam practice questions and answers. Especially,Cisco CCNA CCDA CCNP CCIE CCSE CompTIA A+ Network+ certification practice Exams and so on.
We promise that you can pass any IT exam at the first try using Testinside Testing Engine, or else give you a FULL REFUND.

## NEW PRODUCTS FOR SEPTEMBER

▷ HP HP0-S16 Exam - Implementing HP BladeSystem...

▷ Novell, Inc 050-710 Exam - Novell Certified Linux Administrator...

▷ Cisco 642-973 Exam - Cisco Data Center Networking Infrastructure...

▷ IBM 000-427 Exam - IBM System z Solution Sales V3...

▷ HP HP0-Y18 Exam - ProCurve Mobility...

▷ IBM 000-418 Exam - IBM Websphere Datastage V.8.0...

▷ Lotus 190-805 Exam - Using Web Services in IBM Lotus Domino 8 Applications...

▷ Cisco 642-974 Exam - Data Center Networking Infrastructure Support Specialist...

## BESTSELLERS

1. **Cisco 640-802 Exam**
2. **3COM 3M0-211 Exam**
3. **Adobe 9A0-096 Exam**
4. **Cisco 642-812 Exam**
5. **IBM COG-132 Exam**
6. **646-656 Exam**
7. **Adobe 9A0-017 Exam**
8. **Adobe 9A0-084 Exam**
9. **Apple 9L0-004 Exam**
10. **CheckPoint 156-315.65 Exam**

## NEW PRODUCTS



CISCO 646-589 EXAM

€58.35

## Shopping Cart

now in your cart
0 items

## Reviews

CWNP

Dell

dotMobi

EC-COUNCIL

EMC

Enterasys Networks

Ericsson

Exam Express

EXIN,Inc

Extreme Networks

Fortinet

Fujitsu

Genesys

Guidance Software

H3C

HDI

Hitachi

**All products**

### INFORMATION

Shipping & Returns
Privacy Notice
Conditions of Use
Contact Us
Site Map
Gift Certificate FAQ
Discount Coupons
Newsletter Unsubscribe

▶ **Cisco 642-972 Exam** - Data Center Application Services Design...

▶ **Cisco 642-975 Exam** - Cisco Data Center Application Services Implementation...

## POPULAR CERTIFICATION EXAMS FOR SEPTEMBER

▶ **Microsoft 70-223 Exam** - Configuring and Administering Microsoft Clustering Services by using Microsoft Windows 2000 Advanced...

▶ **HP HP0-K03 Exam** - Implementing and Managing HP BladeSystem in the Enterprise...

▶ **Microsoft 70-548 Exam** - PRO:Design & Develop Wdws-Based Appl by Using MS.NET Frmwk...

▶ **Microsoft MB3-216 Exam** - Great Plains 8.0 Financials...

▶ **HP HP0-381 Exam** - Configuration & Management of HP Integrity Mid-range Servers...

▶ **HP HP0-821 Exam** - HP Data Protector Software Application Integratn-Windows/UNIX...

▶ **Microsoft 70-540 Exam** - TS:Microsoft Windows Mobile Application Development...

▶ **Juniper Networks JN0-350 Exam** - ER.Specialist(JNCIS-ER)...

▶ **Juniper Networks JN0-311 Exam** - WX, Associate(JNCIA-WX)...

▶ **Microsoft 74-131 Exam** - Designing a MS Office Enterprise Proj.Mgmt.EPM...

## TESTINSIDE NEWS          <u>MORE</u>

<u>Testinside Help you rule out ee0-120 trouble</u>-2009-08-22

<u>Newest Update EX0-100 Exam</u>-2009-08-22

<u>Take advantage of 352-001</u>-2009-08-22

<u>HP0-266 exam overview in TestInside</u>-2009-08-22

<u>Contents of TestInside HP0-054 Exam</u>-2009-08-22

<u>MBS MB5-537 questions and answers</u>-2009-08-22

<u>MB5-181 study guide in TestInside</u>-2009-08-22

<u>IBM certifications II 000-664 exam</u>-2009-08-22

<u>Free HP0-205 Exam Demos From TestInside</u>-2009-08-22

<u>Download 000-284 Exam Pdf Demo</u>-2009-08-22

There are currently no product reviews.

**Have you seen ...**



### Currencies

| Euro |
|------|

### Who's Online

There currently are 6 guests online.

### Important Links

pass4side

certinside

testinside

http://www.testinside.co.uk/

# OUR GUARANTEE FOR YOU

### + Quality and Value

TestInside Practice Exams are written to the highest standards of technical accuracy, using only certified subject matter experts and published authors for development.

### + Tested and Approved

TestInside are committed to the process of vendor and third party approvals. We believe IT professionals and executives alike deserve the confidence of quality coverage these authorizations provide.

### + Guaranteed to Pass

If you prepare for the exams using our TestInside testing engine, we guarantee your success in the first attempt. If you do not pass the exam on your first attempt we will give you a FULL REFUND!

### + Try Before Buy

TestInside offers free demo of each product. You can check out the interface, question quality and usability of our practice exams before you decide to buy.

### + Valuable Parteners

TestInside have several great corperate parteners including testinside.com, testinside.co.uk. So, we can provide more valuable certification exam training services. Whenever you are in USA, Aisa, Europe or other places you can get our services all over the world .

  

Home  |  Reviews  |  Contact Us  |  F.A.Q  |  Site Map
Copyright © 2009 Testinside. All Rights Reserved.

United States-English ↓

Sign in or Sign up   Contact   About Us   Site Map

# EST NSIDE
Easiest Way To Pass It Exams

search...   **Search**   SHARE

Home   All Vendors   Guarantee   Affiliate   News   About Us   Member Center   Shopping Cart

## User Login

Username
Password

Register   Login   Forgot

## Most Popular Vendor

Cisco
Microsoft
IBM
Oracle
CompTIA
HP
COGNOS
SUN
Citrix
EMC
VMWare
EC-COUNCIL
Apple
Juniper Networks
Nortel
Symantec
EXIN,Inc
BlackBerry
Adobe
CWNP
All Products >>

## Popular Exams

| | | |
|---|---|---|
| 000-081 | 000-101 | 000-200 |
| 000-223 | 000-974 | 1Z1-054 |
| 200-500 | 220-701 | 220-702 |
| 350-001 | 640-802 | 640-816 |
| 642-357 | 642-812 | 642-825 |
| 642-845 | 642-892 | 642-901 |
| 646-985 | 70-290 | 70-291 |
| 70-293 | 70-294 | 70-298 |
| 70-433 | 70-620 | 70-640 |
| 70-662 | 70-680 | 83-640 |
| 9A0-096 | BH0-006 | COG-200 |
| COG-310 | e20-340 | e20-520 |

## Testinside : IT Certification Material Provider

Testinside.Com offers incredible career enhancing opportunities. We are a team of IT professionals that focus on providing our customers with the most up to date material for any IT certification exam. This material is so effective that we Guarantee you will pass the exam or your money back.

**Hot Exams**   **News Exams**

Testinside provides high quality IT exam practice questions and answers. Especially,Cisco CCNA CCDA CCNP CCIE CCSE CompTIA A+ Network+ certification practice Exams and so on.

**640-802** - Cisco Certified Network Associate

**642-892** - Composite Exam

**642-901** - Building Scalable Cisco Internetworks

**642-825** - Implementing Secure Converged Wide Area Networks

**VCP-410** - VMware Certified Professional on Vi4

**642-812** - Building Cisco Multilayer Switched Networks

**SY0-201** - CompTIA Security+(2008 Edition) Exam

**70-680** - TS:Windows 7,Configuring

**642-845** - Optimizing Converged Cisco Networks

**350-001** - CCIE Cisco Certified Internetworking Expert

**70-270** - Installing, Configuring, and Administering Microsoft Windows XP Profes...

**70-290** - Managing and Maintaining a Microsoft Windows Server 2003 Environment

### Hot Vendor Exams

| Cisco | | Oracle | | CompTIA | | HP | |
|---|---|---|---|---|---|---|---|
| 640-802 | 642-892 | 1z0-047 | 1Z0-043 | SY0-201 | N10-004 | HP0-M15 | HP0-S18 |
| 642-901 | 642-825 | 1z0-040 | 1Z0-042 | 220-602 | 220-601 | HP0-J33 | HP0-Y20 |
| 642-812 | 642-845 | 1z0-007 | 1Z0-051 | 220-701 | 220-702 | HP0-M16 | HP0-S20 |
| 350-001 | 350-018 | 1z0-048 | 1Z0-052 | n10-003 | JK0-016 | HP0-S21 | HP0-S16 |
| 642-642 | 350-030 | 1z0-053 | 1Z0-147 | sy0-101 | CT0-101 | HP0-S24 | HP2-Q01 |
| 642-524 | 640-822 | 1Z0-146 | 1Z0-215 | xk0-002 | 220-603 | HP0-J34 | HP2-T14 |
| 642-436 | 640-863 | 1Z0-144 | 1Z0-108 | TK0-201 | xk0-001 | HP0-J36 | HP2-K08 |

     

### News

| | |
|---|---|
| MB7-849 dumps | 2010-01-15 10:50 |
| 010-111 practice tests | 2010-01-15 10:45 |
| SCP-500 practice exam | 2010-01-15 10:44 |
| PW0-100 braindumps | 2010-01-15 10:35 |
| 920-177 Practice Tests | 2010-01-15 10:32 |
| 70-638 dumps | 2010-01-15 10:24 |
| 920-174 practice exam | 2010-01-15 10:17 |
| HP0-Y20 Training Tools | 2010-01-15 10:16 |
| MB7-840 braindumps | |


Offline Support
Chat Now

## Interactive Testing Engine Downloads



## Contact us

MSN:test-inside@hotmail.com

## User Testimonials


Ramsden, who is proficient in Microsoft technology.

"The after-service of testinside is very perfect . I pass the examination easily with it , and it is reliable . If your friends are worried about the examination of IT certification , I suggest that can recommend him/her Testinside."


Thompson, the divisional manager of technology development in a medium IT company.

"I believe that testinside is the most authoritative and popular center for IT certification . It moved me with its absolutely credit insurance , enthusiastic service attitude , high quality dump and Ultra-high popularity . I believe that every candidate who use it will not regret."


Amelia, a master in a famous computer training school.

"10 of my friends have passed the IT certification through Testinside. The perfect service and high quality dump are worth of trust. If you intend to sit for IT certification, I recommend you Testinside dump. It is really an investment without taking risk, Testinside will guarantee the candidate pass the examination. "



| EC0-350 | F50-521 | FM0-304 |
| HP0-J33 | HP0-J34 | HP0-J36 |
| HP0-S18 | HP0-S20 | HP0-S21 |
| HP0-S24 | HP0-Y22 | JN0-100 |
| JN0-331 | N10-004 | NS0-501 |
| VCP-410 | 156-215.65 | 156-315.65 |

650-180 dumps

**Microsoft Certification**
Earn your MCTS, MCSE, MCSA online. Pass
Guarantee-Sale $499 Thru 12/31

**Cisco CCNP Certification**
Cisco Certified All Inclusive Boot Camps. Pass
Guaranteed. Sign Up.

Ads by Google

acy | Contact | Sitemap 1 2 3 4

United States-English ▼

Sign in   or   Sign up   Contact   About Us   Site Map

**EST NSIDE**
Easiest Way To Pass It Exams

search...   Search     SHARE

Home   All Vendors   Guarantee   Affiliate   News   About Us   Member Center   Shopping Cart

Home > Microsoft > MCPD > 70-549C++

Related 70-549C++ Exams :
70-501  70-502CSharp  70-502VB  70-503  70-503VB  70-504CSharp  70-505  70-505VB  70-526  70-526CSharp
70-528  70-528VB  70-529VB  70-536ChineseC++  70-536ChineseVB  70-536VB  70-540CSharp  70-541  70-541VB
70-542CSharp  70-543  70-543VB  70-544CSharp  70-545  70-545VB  70-547C++  70-547VB  70-548CSharp
70-549  70-549CSharp  70-551  70-551VB  70-552C++  70-552VB  70-553CSharp  70-554  70-554VB  70-556
70-559CSharp  70-561CSharp  70-562  70-562VB  70-564  70-565C++  70-566  70-568  70-571  70-573  70-577



? Online Support
Chat Now

**Contact us**

MSN:test-inside@hotmail.com

**My Shopping Cart**

Check Out

**Most Popular Vendor**

Cisco
Microsoft
IBM
Oracle
CompTIA
HP
COGNOS
SUN
EMC
Citrix
VMWare
EC-COUNCIL
Apple
Juniper Networks
Symantec
Nortel
EXIN,Inc
Adobe
BlackBerry
CWNP

**All Products >>**

## 70-549C++ Exam

**Designing and Developing Enterprise Applications by Using the Microsoft .NET Framework C++**

Exam Number/Code : 70-549C++

Exam Name : Designing and Developing Enterprise Applications by Using the Microsoft .NET Framework C++

Questions and Answers : 90 Q&As

Update Time: 2009-11-25

Price: $ 160.00 $ 122.00



Add to cart ►   Checkout ►

Favorites ►

### Free 70-549C++ Demo Download

Testinside offers free demo for MCPD 70-549C++ exam (*Designing and Developing Enterprise Applications by Using the Microsoft .NET Framework C++*). You can check out the interface, question quality and usability of our practice exams before you decide to buy it. We are the only one site can offer demo for almost all products.

Download 70-549C++ Exam Pdf Demo

Download 70-549C++ Exam iEngine Demo

### Exam Description

It is well known that 70-549C++ exam test is the hot exam of **Microsoft certification**. TestInside offer you all the Q&A of the 70-549C++ real test . It is the examination of the perfect combination and it will help you pass 70-549C++ exam at the first time!

### Why choose TestInside 70-549C++ braindumps

After you purchase our product, we will offer free update in time for 90 days.

Quality and Value for the 70-549C++ Exam

100% Guarantee to Pass Your 70-549C++ Exam

Downloadable, Interactive 70-549C++ Testing engines

Verified Answers Researched by Industry Experts

Drag and Drop questions as experienced in the Actual Exams

Practice Test Questions accompanied by exhibits

Our Practice Test Questions are backed by our 100% MONEY BACK GUARANTEE.

### TestInside 70-549C++ Exam Features

**Quality and Value for the 70-549C++ Exam**

TestInside Practice Exams for **Microsoft 70-549C++** are written to the highest standards of technical accuracy, using only certified subject matter experts and published authors for development.

**100% Guarantee to Pass Your 70-549C++ Exam**

If you prepare for the exam using our TestInside testing engine, we guarantee your success in the first attempt. If you do not pass the MCPD 70-549C++ exam (*Designing and Developing Enterprise Applications by Using the Microsoft .NET Framework C++*) on your first attempt we will give you a FULL REFUND of your purchasing fee AND send you another same value product for free.

**Microsoft 70-549C++ Downloadable, Printable Exams (in PDF format)**

Our Exam 70-549C++ Preparation Material provides you everything you will need to take your **70-549C++ Exam**. The 70-549C++ Exam details are researched and produced by Professional Certification Experts who are constantly using

**Popular Exams**

| | | |
|---|---|---|
| 000-081 | 000-101 | 000-200 |
| 000-223 | 000-974 | 1Z1-054 |
| 200-500 | 220-701 | 220-702 |
| 350-001 | 640-802 | 640-816 |
| 642-357 | 642-812 | 642-825 |
| 642-845 | 642-892 | 642-901 |
| 646-985 | 70-290 | 70-291 |
| 70-293 | 70-294 | 70-298 |
| 70-433 | 70-620 | 70-640 |
| 70-662 | 70-680 | 83-640 |
| 9A0-096 | BH0-006 | COG-200 |
| COG-310 | e20-340 | e20-520 |
| EC0-350 | F50-521 | FM0-304 |

## Exam Description

It is well known that **70-620 exam** test is the hot exam of **Microsoft certification**. Testinside offer you all the Q&A of the 70-620 real test. It is the examination of the perfect combination and it will help you pass 70-620 exam at the first time!

## Why choose Testinside 70-620 braindumps

After you purchase our product, we will offer free update in time for 90 days.

Quality and Value for the 70-620 Exam

100% Guarantee to Pass Your 70-620 Exam

Downloadable, Interactive 70-620 Testing engines

Verified Answers Researched by Industry Experts

Drag and Drop questions as experienced in the Actual Exams

Practice Test Questions accompanied by exhibits

Our Practice Test Questions are backed by our 100% MONEY BACK GUARANTEE.

## Testinside 70-620 Exam Features

**Quality and Value for the 70-620 Exam**

Testinside Practice Exams for **Microsoft 70-620** are written to the highest standards of technical accuracy, using only certified subject matter experts and published authors for development.

**100% Guarantee to Pass Your 70-620 Exam**

If you prepare for the exam using our Testinside testing engine, we guarantee your success in the first attempt. If you do not pass the **MCTS 70-620 exam** (TS: Microsoft Windows Vista, Configuring) on your first attempt we will give you a FULL REFUND of your purchasing fee AND send you another same value product for free.

**Microsoft 70-620 Downloadable, Printable Exams (in PDF format)**

Our Exam 70-620 Preparation Material provides you everything you will need to take your **70-620 Exam**. The 70-620 Exam details are researched and produced by Professional Certification Experts who are constantly using industry experience to produce precise, and logical. You may get questions from different web sites or books, but logic is the key. Our Product will help you not only pass in the first try, but also save your valuable time.

**70-620 Downloadable, Interactive Testing engines**

We are all well aware that a major problem in the IT industry is that there is a lack of quality study materials. Our Exam Preparation Material provides you everything you will need to take a certification examination. Like actual



United States-English

Sign in   or   Sign up    Contact    About Us    Site Map

# EST NSIDE
Easiest Way To Pass It Exams

search...     **Search**    SHARE

Home    All Vendors    Guarantee    Affiliate    News    About Us    Member Center    Shopping Cart

Home > About Us


Offline Support
Chat Now

## About Testinside

TestInside.Com offers incredible career enhancing opportunities. We are a team of IT professionals that focus on providing our customers with the most up to date material for any IT certification exam. This material is so effective that we Guarantee you will pass the exam or your money back. Demand for our training practice exam study guides has been rapidly increasinging because our certification practice exam study guides contain the most accurate and up to date certificaiton training practice exam material which makes TestInside.Com the #1 exam provider in the world. We at TestInside are proud to provide you with the opportunity to achieve your career dreams and goals.

 **Quality and Value**

TestInside Practice Exams are written to the highest standards of technical accuracy, using only certified subject matter experts and published authors for development.

 **Tested and Approved**

We are committed to the process of vendor and third party approvals. We believe IT professionals and executives alike deserve the confidence of quality coverage these authorizations provide.

 **Guaranteed to Pass**

If you prepare for the exams using our TestInside testing engine, we guarantee your success in the first attempt. If you do not pass the exam on your first attempt we will give you a FULL REFUND!

 **Try Before Buy**

TestInside offers free demo of each product. You can check out the interface, question quality and usability of our practice exams before you decide to buy.

### Most Popular Vendor

Cisco

Microsoft

IBM

Oracle

CompTIA

HP

COGNOS

SUN

Citrix

EMC

VMWare

EC-COUNCIL

Apple

Juniper Networks

Nortel

Symantec

EXIN,Inc

BlackBerry

Adobe

CWNP

All Products >>

### Popular Exams

| | | |
|---|---|---|
| 000-081 | 000-101 | 000-200 |
| 000-223 | 000-974 | 1Z1-054 |
| 200-500 | 220-701 | 220-702 |
| 350-001 | 640-802 | 640-816 |
| 642-357 | 642-812 | 642-825 |
| 642-845 | 642-892 | 642-901 |
| 646-985 | 70-290 | 70-291 |
| 70-293 | 70-294 | 70-298 |
| 70-433 | 70-620 | 70-640 |
| 70-662 | 70-680 | 83-640 |
| 9A0-096 | BH0-006 | COG-200 |
| COG-310 | e20-340 | e20-520 |
| EC0-350 | F50-521 | FM0-304 |
| HP0-J33 | HP0-J34 | HP0-J36 |
| HP0-S18 | HP0-S20 | HP0-S21 |
| HP0-S24 | HP0-Y22 | JN0-100 |

| | VCP-410 | 156-215.65 | 156-315.65 |

**PayPal**  Maestro  VISA  MasterCard  DISCOVER  VISA  VISA Electron

Guarantee | How Order | F.A.Q. | Payment | Refundment Term | Samples | Testing Engine | privacy | Contact | Sitemap 1 2 3 4

Copyright©2006-2009 TestInside Limited. All Rights Reserved

United States-English ▾

Welcome, thunderstorm001  Logout  Contact  About Us  Site Map

# EST NSIDE
Easiest Way To Pass It Exams

Home | All Vendors | Guarantee | Affiliate | News | About Us | Member Center | Shopping Cart

search...

Search  🔒 SHARE



welcome you![thunderstorm001]

Grade:
Points:

**Account Settings**
Edit Personal Info
Change Password

**Exchange Center**
Order Center
Unpaid orders
Paid orders
Processing orders

**Personal Application**
My Favorites
Product Evaluation

**Union Marketing**
Summary
Sales
Traffic
Get Links
Binding Domain
Settlement
F.A.Q

See Order SN TICOM091204232452886 for more information

**Order Status:**Unpaid
**Total amount:** $ 89,will be integral:0
Coupon Code:,submit time :2009-12-4 23:24:23

▲ Order information

| Description: | Memberprice | Free points | Amount |
|---|---|---|---|
| 70-431 Microsoft SQL Server 2005 Implementation & Maintenance | $89.00 | 0 | 1 |

**Please select payment method**

⊙ Paypal     ○ Moneybooker

 *PayPal* VISA   DISCOVER BANK

 moneybooker
 ((((○ ● VISA ⅢBANK

westernunion

WESTERN UNION | ¥S!

Pay now | Cancel Order

 *PayPal*  Maestro  ○ VISA  Maestro ● DISCOVER  VISA VISA Electron

Guarantee | How Order | F.A.Q. | Payment | Refundment Term | Samples | Testing Engine | privacy | Contact | Sitemap 1 2 3 4

Copyright©2006-2009 Testinside Limited All Rights Reserved

Testinside materials do not contain actual questions and answers from Microsoft's Cisco's Certification Exams.

# EXHIBIT 2


**UNITED STATES POSTAL SERVICE**

USPS Home | FAQs

ZIP Code Lookup

| Search By Address » | Search By City » | Search By Company » | Find All Cities in a ZIP Code℠ » |

**Find a ZIP Code by entering an address.**
(You can also search for a partial address, such as "Main Street, Fairfax, VA.")

We're sorry! We were unable to process your request.

The address was not found. Please check the address below.
You may want to utilize the Yellow Pages and/or White Pages below.

\* Required Fields

| | |
|---|---|
| \* Address 1 | 101 STRANGE STREET |
| Address 2 | Apt, floor, suite, etc. |
| \* City | MINNEAPOLIS |
| \* State | MN   Find state abbreviation |
| ZIP Code | |

( Submit > )

**Change of Address? Don't stress.**
**Do it online >**

---

**Related Links**

**Address Information Services (AIS) Product**
Standardize your address database or find detailed address information.

**Web Tools**
Access online tools to verify addresses, calculate postage, and more.

**Get Maps Online**
Boost your business with customized maps and reports.

**Residential and Business Lookup**

Find an address with WhitePages
**People Search** and **Business Search**.

powered by
**WhitePages.com™**

---

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2009 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

# EXHIBIT 3

## Summary of Domain Dossier/WHOIS Information

| Domain Name | Registrant (Feb. 2008) | Registrant (Sept. 2009) | Registrant (Jan. 2010) | Registrar (Sept. 2009) | Registrar (Jan. 2010) | Host (Jan. 2010) |
|---|---|---|---|---|---|---|
| testinside.com | Jack Lee no.1 newstring street Minneapolis, MN 55437 US Email: test-inside@hotmail.com Phone: +86.01377115277 | Jack Lee No.701 Room No.125 New Hua Road Shanghai Shanghai 200000 CHINA Phone: 1.7202492374 Email: testinside.com@protecteddomainservices.com | Protected Domain Services Customer ID: NCR-1219584 125 Rampart Way, Suite 300 Denver, CO 80230 Phone: 1.7202492374 Email: testinside.com@protecteddomainservices.com | Melbourne IT, LTD. | Name.com LLC http://www.name.com | Network Operations Center Inc. PO Box 591 Scranton, PA 18501-0591 Phone: 1-570-343-8551 Abuser: Arcus, S. Matthew Phone: 1-570-343-8551 Email: nic@hostnoc.net |
| testinside.ws | | JUN YAN no.603 room no.7 building zhenxiang wuxi JIANGSU 210000 CN | eNom Email: info@enom.com Phone: 425-974-4500 | eNom Email: info@enom.com Phone: 425-974-4500 | eNom Email: info@enom.com Phone: 425-974-4500 | Network Operations Center Inc. PO Box 591 Scranton, PA 18501-0591 Abuser: Arcus, S. Matthew Phone: 1-570-343-8551 Email: nic@hostnoc.net |
| testinside.us | | Jack Lee no.101 strange street Minneapolis, MN 55437 US Phone: +1.4085553232 Email: testinside@hotmail.com Admin Email: licerthiram@yahoo.com | Yahoo!Domains TechContact 701 First Ave. Sunnyvale, CA 94089 US Tech Phone:+1.6198813096 Tech Email: domaintech@yahoo-inc.com | Melbourne IT, LTD. | http://www.name.com | Network Operations Center Inc. PO Box 591 Scranton, PA 18501-0591 Abuser: Arcus, S. Matthew Phone: 1-570-343-8551 Email: nic@hostnoc.net |
| testinside.org | | Liang Dang Testinside Co.,Ltd. no608 room taihu building no45 liangxi road Shanghai China 210000 China Phone: +1.4085492374 Email: licerthiram@yahoo.com Admin Email: test-inside@hotmail.com | Liang Dang Testinside Co.,Ltd. no608 room taihu building no45 liangxi road Shanghai China 210000 China | Melbourne IT, LTD. | Name.com LLC http://www.name.com | Network Operations Center Inc. PO Box 591 Scranton, PA 18501-0591 Abuser: Arcus, S. Matthew Phone: 1-570-343-8551 Email: nic@hostnoc.net |
| testinside.co.uk | | | Fasthosts Internet Ltd http://www.fasthosts.co.uk | Fasthosts Internet Ltd http://www.fasthosts.co.uk | Fasthosts Internet Ltd http://www.fasthosts.co.uk | Network Operations Center Inc. PO Box 591 Scranton, PA 18501-0591 Phone: 1-570-343-8551 Abuser: Arcus, S. Matthew Phone: 1-570-343-8551 Email: nic@hostnoc.net |
| testinside.net | Jack Lee No.701 Room No.125 New Hua Road Shanghai Shanghai 200000 CHINA Email: test-inside@hotmail.com Phone: +86.01377115277 | Jack Lee no.101 strange street Minneapolis, MN 55437 US Phone: +1.4085553232 Email: test-inside@hotmail.com Admin Email: licerthiram@yahoo.com | Protected Domain Services Customer ID: NCR-1219584 125 Rampart Way, Suite 300 Denver, CO 80230 Phone: 1.7202492374 Email: testinside.com@protecteddomainservices.com | Melbourne IT, LTD. | Name.com LLC http://www.name.com | Network Operations Center Inc. PO Box 591 Scranton, PA 18501-0591 Abuser: Arcus, S. Matthew Phone: 1-570-343-8551 Email: nic@hostnoc.net |

| Domain Name | Registrant Feb. 2008 | Registrant (Sept. 2009) | Registrant (Jan. 2010) | Registrar (Sept. 2009) | Registrar (Jan. 2010) | Host (Jan. 2010) |
|---|---|---|---|---|---|---|
| pass4side.com | | jack dang<br>raphaelhua@gmail.com<br>no. 80 room newstrict building<br>no. 56 zhongshan road<br>zhuangzhou, guangdong 510010 CN | jack dang<br>raphaelhua@gmail.com<br>no. 80 room newstrict building<br>no. 56 zhongshan road<br>zhuangzhou, guangdong 510010 CN | eNom<br>Email: info@enom.com<br>Phone: 425-974-4500 | eNom<br>Email: info@enom.com<br>Phone: 425-974-4500 | Network Operations Center Inc.<br>PO Box 591<br>Scranton, PA 18501-0591<br>Abuser: Arcus, S. Matthew<br>Phone: 1-570-343-8551<br>Email: nic@hostnoc.net |
| pass4side.net | | jack dang<br>raphaelhua@gmail.com<br>no. 80 room newstrict building<br>no. 56 zhongshan road<br>zhuangzhou, guangdong 510010 CN | jack dang<br>raphaelhua@gmail.com<br>no. 80 room newstrict building<br>no. 56 zhongshan road<br>zhuangzhou, guangdong 510010 CN | eNom<br>Email: info@enom.com<br>Phone: 425-974-4500 | eNom<br>Email: info@enom.com<br>Phone: 425-974-4500 | Network Operations Center Inc.<br>PO Box 591<br>Scranton, PA 18501-0591<br>Abuser: Arcus, S. Matthew<br>Phone: 1-570-343-8551<br>Email: nic@hostnoc.net |
| certinside.com | | Certinside<br>no.18 zhongnan shanghai<br>shanghai CN 220000<br>+86.02143323456<br>certinside@hotmail.com | Certinside<br>no.18 zhongnan shanghai<br>shanghai CN 220000<br>+86.02143323456<br>certinside@hotmail.com | | HICHINA ZHICHENG<br>TECHNOLOGY LTD.<br>http://www.net.cn | Network Operations Center Inc.<br>PO Box 591<br>Scranton, PA 18501-0591<br>Abuser: Arcus, S. Matthew<br>Phone: 1-570-343-8551<br>Email: nic@hostnoc.net |
| certinside.org | | | Certinside<br>newhua road no. 45 china<br>shanghai, shanghai 220000 CN<br>Phone: +86.02143323456<br>Email: certinside@gmail.com | | HICHINA ZHICHENG<br>TECHNOLOGY LTD.<br>http://www.net.cn | Network Engineering<br>+1-213-408-9000<br>admin-arin@vcis.net |
| certinside.net | | | Jack Lee<br>no. 44 road new huawe road<br>shanghai, shanghai 321212 CN<br>Phone: +86.21898742343<br>Fax: +86.21898742343<br>Email: testinside@gmail.com | | HICHINA ZHICHENG<br>TECHNOLOGY LTD.<br>http://www.net.cn | aiko_hosting<br>Private Address<br>Private City, CA 92649 US<br>Abuse: Krypt Keeper<br>+1-714-993-9687<br>hostmaster@krypt.com |
| exam4cert.com | | | raphael hua<br>guangzhou post box 183<br>guangzhou, guangzhou 510200 CN<br>Phone: +86.02033818168<br>Fax: +86.02033818168<br>Email: 46144840@qq.com | | HICHINA ZHICHENG<br>TECHNOLOGY LTD. | Ecommerce Corporation<br>1774 Dividend Dr<br>Columbus, OH 43228 US<br>Phone: +1-614-777-1699<br>Email: abuse@ecommerce.com |
| exam4cert.biz | | | raphael hua<br>guangzhou post box 183<br>guangzhou, guangzhou 510200 CN<br>Phone: +86.02033818168<br>Fax: +86.02033818168<br>Email: 46144840@qq.com | | HICHINA ZHICHENG<br>TECHNOLOGY LTD. | GoDaddy.com<br>14455 N Hayden Road, Suite<br>226<br>Scottsdale, AZ 85260 US<br>Phone: +1-480-624-2505<br>Email: abuse@godaddy.com |

| Domain Name | Registrant Feb. 2008 | Registrant (Sept. 2009) | Registrant (Jan. 2010) | Registrar (Sept. 2009) | Registrar (Jan. 2010) | Host (Jan. 2010) |
|---|---|---|---|---|---|---|
| exam4cert.net | | | raphael hua<br>guangzhou post box 183<br>guangzhou, guangzhou 510200 CN<br>Phone: +86.02033818 1168<br>Fax: +86.02033818 1168<br>Email: 461144 08@qq.com | http://www.net.cn | HICHINA ZHICHENG TECHNOLOGY LTD.<br>+1-714-993-9997<br>hostmaster@krypt.com<br>Network Engineering<br>+1-213-406-9000<br>admin-atin@vpls.net | aixo_hosting<br>Private Address<br>Private City, CA 92649 US<br>Abuse: Krypt Keeper<br>+1-714-993-9997<br>hostmaster@krypt.com<br>Network Engineering<br>+1-213-406-9000<br>admin-atin@vpls.net |
| exam4cert.org | | | raphael hua<br>guangzhou post box 183<br>guangzhou, guangzhou 510200 CN<br>Phone: +86.02033818 1168<br>Fax: +86.02033818 1168<br>Email: 461144 08@qq.com | | HICHINA ZHICHENG TECHNOLOGY LTD. | aixo_hosting<br>Private Address<br>Private City, CA 92649 US<br>Abuse: Krypt Keeper<br>+1-714-993-9997<br>hostmaster@krypt.com<br>Network Engineering<br>+1-213-406-9000<br>admin-atin@vpls.net |

# EXHIBIT 4



**United States-English**                                                                                      Sign in or S

search...

| Home | All Vendors | Guarantee | Affiliate | News | About Us | Member Cente |

**Home > About Us**

## About Testinside

TestInside.Com offers incredible career enhancing opportunities. We are a team of IT professionals that focus on providing customers with the most up to date material for any IT certification exam. This material is so effective that we Guarantee y will pass the exam or your money back. Demand for our training practice exam study guides has been rapidly increasingin because our certification practice exam study guides contain the most accurate and up to date certificaiton training practice exam material which makes TestInside.Com the #1 exam provider in the world. We at TestInside are proud to provide you the opportunity to achieve your career dreams and goals.

 **Quality and Value**

**TestInside** Practice Exams are written to the highest standards of technical accuracy, using only certified subject matter experts and published authors for development.

 **Tested and Approved**

We are committed to the process of vendor and third par approvals. We believe IT professionals and executives ali deserve the confidence of quality coverage these authorizations provide.

 **Guaranteed to Pass**

If you prepare for the exams using our TestInside testing engine, we guarantee your success in the first attempt. If you do not pass the exam on your first attempt we will give you a FULL REFUND!

 **Try Before Buy**

**TestInside** offers free demo of each product. You can ch out the interface, question quality and usability of our pra exams before you decide to buy.

United States-English

Sign in or S

search...

| Home | All Vendors | Guarantee | Affiliate | News | About Us | Member Cente |

**Home > Contact Us**

## Contact Us

We are proud of our high-quality customer service, which serves you around the clock 24/7.

**To get your problem resolved instantly, live support**



**Read Our Frequently Asked Questions (FAQs)**

We have gathered the most frequently asked questions for you. Please read our list of FAQs.

**Contact us by Live Messenger**

Sales: test-inside(at)hotmail.com

**You can reach us at any of the email addresses listed below**

Please allow up to 24 hours for us to respond

- Sales: sales(at)testinside.com
- MSN:test-inside@hotmail.com
- MSN:test_inside@hotmail.com

Contact Us - Testinside



Guarantee | How Order | F.A.Q. | Payment | Refundment Term | Semples | Testing Engine | privacy | Contact | Sitemap 1
2 3 4

Copyright©2006-2009 pass4side Limited. All Rights Reserved

**pass4side materials do not contain actual questions and answers from Microsoft's Cisco's Certification Exams.**

United States-English ⬇

Sign in  or  Sign up    Contact    About Us    Site Map

*Easiest Way to pass IT Exam*

**4**

search...    | Search |

🔗 SHARE

Home    All Vendors    Guarantee    Affiliate    News    About Us    Member Center    Shopping Cart

## User Login

Username [        ]
Password [        ]

| Register | Login | Forgot |

### Most Popular Vendor

Microsoft
Cisco
IBM
Oracle
HP
CompTIA
EMC
Juniper Networks
Apple
SUN
Citrix
EC-COUNCIL
VMWare
Adobe
Nortel
COGNOS
ACI
CWNP
Genesys
Veritas
**All Products >>**

### Popular Exams

| 640-802 | 70-290 | 70-291 |
| 642-812 | 642-892 | 642-845 |
| 642-901 | 642-892 | 70-293 |
| 70-294 | 70-431 | 70-270 |
| 70-298 | 70-620 | 1z0-042 |
| 1z0-043 | 1z0-047 | 000-223 |
| 350-001 | VCP-310 | 640-816 |
| 640-822 | 642-642 | 640-863 |
| N10-003 | 350-018 | SY0-101 |
| 220-602 | 70-236 | 642-446 |
| vcp-410 | 351-001 | HP0-Y22 |
| 000-001 | 000-081 | 000-200 |

## Pass4side : IT Certification Material Provider

Pass4side.Com offers incredible career enhancing opportunities. We are a team of IT professionals that focus on providing our customers with the most up to date material for any IT certification exam. This material is so effective that we Guarantee you will pass the exam or your money back.

| Hot Exams | News Exams |

Pass4side provides high quality IT exam practice questions and answers. Especially,Cisco CCNA CCDA CCNP CCIE CCSE CompTIA A+ Network+ certification practice Exams and so on.

**640-802** - Cisco Certified Network Associate
**000-995** - IBM WebSphere Process Server V6.1 System Administration
**VCP-410** - VMware Certified Professional on VI4
**70-680** - T:S:Windows 7,Configuring
**642-892** - Composite Exam
**642-825** - Implementing Secure Converged Wide Area Networks
**70-290** - Managing and Maintaining a Microsoft Windows Server 2003 Environment
**350-001** - CCIE Cisco Certified Internetworking Expert
**642-901** - Building Scalable Cisco Internetworks
**642-845** - Optimizing Converged Cisco Networks
**000-200** - IBM Storage Sales V1
**220-701** - CompTIA A+ Essentials (2009)

### Hot Vendor Exams

| Cisco | | Microsoft | | CompTIA | | HP | |
|---|---|---|---|---|---|---|---|
| 640-802 | 642-892 | 70-680 | 70-290 | 220-701 | SY0-201 | HP0-S20 | HP0-S18 |
| 642-825 | 350-001 | 70-620 | 70-291 | 220-601 | 220-702 | HP0-S21 | HP0-Y22 |
| 642-901 | 642-845 | 70-270 | 70-450 | N10-004 | 220-602 | HP0-P20 | HP0-J36 |
| 642-812 | 642-632 | 70-431 | 83-640 | JK0-016 | n10-003 | HP0-Y18 | HP0-J34 |
| 640-816 | 646-985 | 70-685 | 70-298 | CT0-101 | sy0-101 | HP0-J22 | HP2-T14 |
| 640-863 | 642-545 | 70-541 | 70-293 | IK0-002 | PK1-003 | HP0-S24 | HP0-S19 |
| 642-062 | 351-001 | 70-528 | 70-662 | xk0-001 | TK0-201 | HP0-S13 | HP0-Y20 |

### News

| NS0-163 exam study guide | 2010-01-15 17:37 |
| 70-444 Practice Exam | 2010-01-15 17:31 |
| 70-448 Training Materials | 2010-01-15 17:30 |
| e20-322 Study Materials | 2010-01-15 17:30 |
| Pass4side 9L0-510 Practice Questions | 2010-01-15 11:08 |
| Cisco 640-863 exam preparation materials | 2010-01-15 11:02 |
| Cisco 640-822 study guides | 2010-01-15 10:59 |
| Cisco 640-816 practice test | 2010-01-15 10:55 |



Interactive Testing Engine Downloads



### Contact us
MSN:pass4side@hotmail.com

### User Testimonials


Ramsden, who is proficient in Microsoft technology.

"The after-service of Pass4side is very perfect . I pass the examination easily with it , and it is reliable . If your friends are worried about the examination of IT certification , I suggest that can recommend him/her Pass4side."


Thompson, the divisional manager of technology development in a medium IT company.

"I believe that Pass4side is the most authoritative and popular center for IT certification . It moved me with its absolutely credit insurance , enthusiastic service attitude , high quality dump and Ultra-high popularity . I believe that every candidate who use it will not regret."


Amelia, a master in a famous computer training school.

"10 of my friends have passed the IT certification through Pass4side. The perfect service and high quality dump are worth of trust. If you intend to sit for IT certification, I recommend you Pass4side dump. It is really an investment without taking risk, Pass4side will guarantee the candidate pass the examination. "



| 117-201 | 1Z0-051 | 1Z0-238 |
| 200-500 | 250-250 | 310-055 |
| 310-200 | 920-362 | 9A0-086 |
| 9L0-509 | COG-125 | E20-097 |
| EX0-101 | JN0-331 | NS0-163 |

**Mcse Certifications**
Computer Training & Certification. Flexible
Training Schedules in ME.

**Want MCSE Certification?**
Try Our Online Courses Free Today!
Guaranteed Training. Pass the Exam.

Ads by Google

acy | Contact | Sitemap 1 2 3 4

Copyright©2006-2009 pass4side Limited. All Rights Reserved

pass4side materials do not contain actual questions and answers from Microsoft's Cisco's Certification Exams.



United States-English ▼

Welcome, thunderstorm001  Logout  Contact  About Us  Site Map

SHARE

Easiest Way to pass IT Exam

4

Home    All Vendors    Guarantee    Affiliate    News    About Us    Member Center    Shopping Cart

search...    Search

welcome you[thunderstorm001]

Grade:
Points:

Account Settings
  Edit Personal Info
  Change Password

Exchange Center
Order Center
  Unpaid orders
  Paid orders
  Processing orders

Personal Application
  My Favorites
  Product Evaluation

Union Marketing
  Summary
  Sales
  Traffic
  Get Links
  Binding Domain
  Settlement
  F.A.Q

See Order SN 0912050022727261 for more information

Order Status:Unpaid
Total amount: $ 89.will be integral:0
Coupon Code;submit time :2009-12-5 0:22:00

▲ Order Information

| Description | | Member price | Free points | Amount |
|---|---|---|---|---|
| 70-443 Designing a Database Server Infrastructure by Using Microsoft SQL Server 2005 | | $ 89.00 | 0 | 1 |

**Please select payment method**

⊙ Paypal

PayPal
MasterCard  VISA  AMERICAN EXPRESS  DISCOVER  BANK

○ Moneybooker

moneybookers
VISA ⊡BANK

westernunion

WESTERN UNION | WU!

Pay now    Cancel Order

PayPal   Maestro   VISA   MasterCard   DISCOVER   VISA Electron

pass4side materials do not contain actual questions and answers from Microsoft's Cisco's Certification Exams.

EXHIBIT 5

Sign in  or  Sign up    Contact    About Us    Site Map

ERTINSI●PE     search...    **Search**   SHARE

Home    All Vendors    Guarantee    Affiliate    News    Buying Process    Member Center    Shopping Cart

## User Login

Username [_____]

Password [_____]

Register   Login   Forgot

## Most Popular Vendor

| Microsoft |
| IBM |
| Cisco |
| CompTIA |
| HP |
| Oracle |
| EMC |
| Juniper Networks |
| COGNOS |
| Adobe |
| SUN |
| Citrix |
| CIW |
| SAS Institute |
| VMware |
| Lotus |
| BEA |
| CWNP |
| Apple |
| ACI |
| All Products >> |

## Popular Exams

| 642-359 | SY0-201 | HP0-S20 |
| MB7-516 | 000-001 | 642-446 |
| 117-201 | 1Z0-051 | 1Z0-238 |
| 200-500 | 000-081 | 220-701 |
| 250-250 | 310-200 | HP2-T14 |
| 70-685 | 1z0-042 | st0-052 |
| 70-448 | 70-642 | SC0-502 |
| 9A0-094 | 9L0-509 | E20-097 |
| EX0-101 | OG0-9AB | 70-351 |
| MB6-822 | N10-004 | NS0-163 |
| NS0-501 | pk0-002 | 646-985 |
| 1z0-147 | 642-972 | 000-086 |

 43USD   30 days only   Merry Christmas!

## Certinside : IT Certification Material Provider

Certinside provides high quality IT exam practice questions and answers. Especially, Cisco CCNA CCDA CCNP CCIE, Checkpoint CCSE, CompTIA A+ Network+ certification practice exams and so on. We promise that you can pass any IT exam at the first try using Certinside Testing Engine, or else give you a FULL REFUND. In Certinside, you also can find latest exam releases about real certification exam resources from most famous IT companies, and we recommend some hot exams for you.

**Hot Exams**    **News Exams**

Certinside provides high quality IT exam practice questions and answers. Especially Cisco CCNA CCDA CCNP CCIE CCSE CompTIA A+ Network+ certification practice Exams and so on.

**640-802** - Cisco Certified Network Associate

**VCP-410** - VMware Certified Professional on Vi4

**JN0-100** - Juniper Networks Certified Internet Associate (JNCIA-JUNOS)

**642-825** - Implementing Secure Converged Wide Area Networks

**70-680** - TS:Windows 7,Configuring

**642-892** - Composite Exam

**FM0-304** - Developer Essentials for FileMaker 10

**350-001** - CCIE Cisco Certified Internetworking Expert

**642-845** - Optimizing Converged Cisco Networks

**SY0-201** - CompTIA Security+(2008 Edition) Exam

**642-901** - Building Scalable Cisco Internetworks

## Hot Vendor Exams

| Cisco | | Oracle | | CompTIA | | HP | |
|-------|-------|--------|--------|---------|---------|------|------|
| 640-802 | 642-825 | 1Z0-051 | 1Z0-146 | SY0-201 | 220-701 | HP0-S18 | HP0-S20 |
| 642-892 | 350-001 | 1z0-047 | 1z0-147 | N10-004 | 220-601 | HP0-S21 | HP0-Y22 |
| 642-845 | 642-901 | 1Z0-043 | 1z0-042 | 220-702 | 220-602 | HP0-J36 | HP2-T14 |
| 640-816 | 650-175 | 1Z0-108 | 1z0-054 | n10-003 | JK0-016 | HP0-J33 | HP0-J26 |
| 642-642 | 640-553 | 1Z0-215 | 1z0-048 | TK0-201 | CT0-101 | HP0-S24 | HP0-S16 |
| 650-180 | 642-812 | 1z0-238 | 1z0-007 | sy0-101 | 220-301 | HP0-J22 | HP2-037 |
| 642-873 | 640-822 | 1Z0-216 | 1z0-223 | 225-030 | pk0-002 | HP0-J34 | HP0-D04 |

 The Easiest Way to Pass      Microsoft CERTIFIED   Sun   IBM   CISCO SYSTEMS   ORACLE   Novell

## Certinside News

| 70-648 braindump | 2010-01-15 14:24 |
| 70-503CSharp braindumps | 2010-01-15 13:13 |
| 70-567 braindumps | 2010-01-15 12:59 |
| 642-453 torrent | |

---

 Click here for **LIVE CHAT** - Offline Now

## Contact Us

certinside@hotmail.com

sales(at)certinside.com

## Interactive Testing Engine Downloads



## User Testimonials

 Ramsden, who is proficient in Microsoft technology.

"The after-service of Certinside is very perfect . I pass the examination easily with it , and it is reliable . If your friends are worried about the examination of IT certification , I suggest that can recommend him/her Certinside."

 Thompson, the divisional manager of technology development in a medium IT company.

"I believe that Certinside is the most authoritative and popular center for IT certification . It moved me with its absolutely credit insurance , enthusiastic service attitude , high quality dump and Ultra-high popularity . I believe that every candidate who use it will not regret."

 Amelia, a master in a famous computer training school.

"10 of my friends have passed the IT certification through Certinside. The perfect service and high quality dump are worth of trust. If you intend to sit for IT certification, I recommend you Certinside dump. It is really an investment without taking risk, Certinside will guarantee the candidate pass the examination. "

**Certinside Hot Certification**

| 1z0-046 | 70-569 | 70-622 | | | | |
| cog-112 | 70-443 | 70-536 | | | | |
| COG-132 | 70-642 | 642-357 | | | | |
| MB7-838 | MB7-839 | 642-642 | | | | |
| 117-101 | 000-100 | 000-543 | | | | |
| 156-315.65 | 156-215.65 | 132-S-911.3 | | | | |

| | | |
|---|---|---|
| 70-649 braindump | 2010-01-15 12:50 | Microsoft certification |
| 117-301 study materials | 2010-01-15 11:47 | CompTIA certification |
| | | EMC certification |
| 642-444 dumps | 2010-01-15 11:27 | Oracle certification |
| 642-426 study materials | 2010-01-15 11:26 | Juniper certification |
| | | IBM certification |
| 642-446 practice test | 2010-01-15 11:19 | HP certification |

PayPal   Maestro   VISA   MasterCard   DISCOVER   VISA   VISA Electron

Guarantee | Buying Pr........s | Testing Engine | privacy | Contact | Sitemap 1 2 3 4 all sitemap

640-802 | 642-812 | 642-825 | 642-8....................... vcp-410 | 70-290 | 70-291 | 70-293 | 70-294 | 70-680 | 70-297 | 70-298 | 70-431

.....nited. All Rights Reserved

Sign in  or  Sign up   Contact   About Us   Site Map

**CERTINSI⬤E**    search...    **Search**    🔗 SHARE ⬛🔳📕

Home    All Vendors    Guarantee    Affiliate    News    Buying Process    Member Center    Shopping Cart

Home > Microsoft > MCSE 2003 Security MCSE 2003 Messaging MCSE 2003 MCSE MCSA 2003 MCSA MCP MCDBA >
70-290


Click here for
LIVE CHAT
→Offline Now←

## 70-290 Exam

**Managing and Maintaining a Microsoft Windows
Server 2003 Environment**



Exam Number/Code : 70-290

Exam Name : Managing and Maintaining a Microsoft Windows Server 2003
Environment

Questions and Answers : 186 Q&As

Update Time: 2009-11-20

Price: $~~54.00~~ $ 43.00

**Favorites ▶**

**Add to cart ▶**   **Checkout ▶**

### My Shopping Cart

| 70-290 | $ 43.00 x 1 | remove |

**Check Out**

### Most Popular Vendor

Microsoft

IBM

Cisco

CompTIA

HP

Oracle

EMC

Juniper Networks

COGNOS

Adobe

SUN

Citrix

CIW

SAS Institute

Lotus

VMWare

BEA

Apple

CWNP

ACI

**All Products >>**


Merry christmas! Only 43USD, click here to view our activity!!

### Free 70-290 Demo Download

CertInside offers free demo for MCSE 2003 Security 70-290 exam (*Managing and Maintaining a Microsoft Windows
Server 2003 Environment*). You can check out the interface, question quality and usability of our practice exams before
you decide to buy it. We are the only one site can offer demo for almost all products.

Download 70-290 Exam Pdf Demo

Download 70-290 Exam iEngine Demo

### Exam Description

It is well known that **70-290 exam** test is the hot exam of **Microsoft certification**. CertInside offer you all the Q&A of
the 70-290 real test . It is the examination of the perfect combination and it will help you pass 70-290 exam at the first
time!

### Why choose CertInside 70-290 braindumps

After you purchase our product, we will offer free update in time for 90 days.

Quality and Value for the 70-290 Exam

100% Guarantee to Pass Your 70-290 Exam

Downloadable, Interactive 70-290 Testing engines

Verified Answers Researched by Industry Experts

Drag and Drop questions as experienced in the Actual Exams

Practice Test Questions accompanied by exhibits

Our Practice Test Questions are backed by our 100% MONEY BACK GUARANTEE.

### CertInside 70-290 Exam Features

**Quality and Value for the 70-290 Exam**

CertInside Practice Exams for **Microsoft 70-290** are written to the highest standards of technical accuracy, using only
certified subject matter experts and published authors for development.

**100% Guarantee to Pass Your 70-290 Exam**

If you prepare for the exam using our CertInside testing engine, we guarantee your success in the first attempt. If you
do not pass the **MCSE 2003 Security 70-290 exam** (*Managing and Maintaining a Microsoft Windows Server 2003
Environment*) on your first attempt we will give you a FULL REFUND of your purchasing fee AND send you another
same value product for free.

**Microsoft 70-290 Downloadable, Printable Exams (in PDF format)**

Our Exam 70-290 Preparation Material provides you everything you will need to take your **70-290 Exam**. The 70-290
Exam details are researched and produced by Professional Certification Experts who are constantly using industry
experience to produce precise, and logical. You may get questions from different web sites or books, but logic is the
key. Our Product will help you not only pass in the first try, but also save your valuable time.

### Popular Exams

| 642-359 | SY0-201 | HP0-S20 |
| MB7-516 | 000-001 | 642-446 |
| 117-201 | 1Z0-051 | 1Z0-238 |
| 200-500 | 000-081 | 220-701 |
| 250-250 | 310-200 | HP2-T14 |
| 70-685 | 1z0-042 | st0-052 |
| 70-448 | 70-642 | SC0-502 |
| 9A0-094 | 9L0-509 | E20-097 |
| EX0-101 | OG0-9AB | 70-351 |
| MB6-822 | N10-004 | NS0-163 |
| NS0-501 | pk0-002 | 646-985 |
| 1z0-147 | 642-972 | 000-086 |
| 1z0-046 | 70-569 | 70-622 |
| cog-112 | 70-443 | 70-536 |
| COG-132 | 70-642 | 642-357 |

Sign in  or  Sign up    Contact   About Us   Site Map

**ERTINSI  E**    search...    Search   SHARE

| Home | All Vendors | Guarantee | Affiliate | News | Buying Process | Member Center | Shopping Cart |

Home > About Us

## About CertInside

CertInside.Com offers incredible career enhancing opportunities. We are a team of IT professionals that focus on providing our customers with the most up to date material for any IT certification exam. This material is so effective that we Guarantee you will pass the exam or your money back. Demand for our training practice exam study guides has been rapidly increasinging because our certification practice exam study guides contain the most accurate and up to date certificaiton training practice exam material which makes CertInside.Com the #1 exam provider in the world. We at CertInside are proud to provide you with the opportunity to achieve your career dreams and goals.

 **Quality and Value**

CertInside Practice Exams are written to the highest standards of technical accuracy, using only certified subject matter experts and published authors for development.

 **Tested and Approved**

We are committed to the process of vendor and third party approvals. We believe IT professionals and executives alike deserve the confidence of quality coverage these authorizations provide.

 **Guaranteed to Pass**

If you prepare for the exams using our CertInside testing engine, we guarantee your success in the first attempt. If you do not pass the exam on your first attempt we will give you a FULL REFUND!

 **Try Before Buy**

CertInside offers free demo of each product. You can check out the interface, question quality and usability of our practice exams before you decide to buy.



Click here for **LIVE CHAT** →Offline Now

### Most Popular Vendor

| Microsoft |
| IBM |
| Cisco |
| CompTIA |
| HP |
| Oracle |
| EMC |
| Juniper Networks |
| COGNOS |
| Adobe |
| SUN |
| Citrix |
| CIW |
| SAS Institute |
| VMWare |
| Lotus |
| BEA |
| CWNP |
| Apple |
| ACI |
| **All Products >>** |

### Popular Exams

| | | |
|---|---|---|
| 642-359 | SY0-201 | HP0-S20 |
| MB7-516 | 000-001 | 642-446 |
| 117-201 | 1Z0-051 | 1Z0-238 |
| 200-500 | 000-081 | 220-701 |
| 250-250 | 310-200 | HP2-T14 |
| 70-685 | 1z0-042 | st0-052 |
| 70-448 | 70-642 | SC0-502 |
| 9A0-094 | 9L0-509 | E20-097 |
| EX0-101 | OG0-9AB | 70-351 |
| MB6-822 | N10-004 | NS0-163 |
| NS0-501 | pk0-002 | 646-985 |
| 1z0-147 | 642-972 | 000-086 |
| 1z0-046 | 70-569 | 70-622 |
| cog-112 | 70-443 | 70-536 |
| COG-132 | 70-642 | 642-357 |
| MB7-838 | MB7-839 | 642-642 |
| 117-101 | 000-100 | 000-543 |
| 156-315.65 | 156-215.65 | 132-S-911.3 |



Guarantee | Buying Process | F.A.Q. | Payment | Refundment Term | Samples | Testing Engine | privacy | Contact | Sitemap 1 2 3 4 all sitemap

640-802 | 642-812 | 642-825 | 642-845 | 642-892 | 642-901 | 350-001 | 220-601 | 220-602 | vcp-410 | 70-290 | 70-291 | 70-293 | 70-294 | 70-680 | 70-297 | 70-298 | 70-431

Copyright©2006-2009 certinside Limited. All Rights Reserved

Welcome, thunderstorm001   Logout   Contact   About Us   Site Map

**ERTINSI ● E**

search...   Search   [+] SHARE

Home   All Vendors   Guarantee   Affiliate   News   Buying Process   Member Center   Shopping Cart

welcome you[thunderstorm001]



Grade:
Points:

**Account Settings**
Edit Personal Info
Change Password

**Exchange Center**
Order Center
Unpaid orders
Paid orders
Processing orders

**Personal Application**
My Favorites
Product Evaluation

**Union Marketing**
Summary
Sales
Traffic
Get Links
Binding Domain
Settlement
F.A.Q

---

## See Order SN CICOM09120504094359 for more information

**Order Status:**Unpaid

Total amount $ 89 will be integral:0

Coupon Code, submit time :2009-12-5 0:49:00

▲ Order Information

| Description | Member Price | Free Points | Amount |
|---|---|---|---|
| 70-444 Optimizing and Maintaining a Database Administration Solution by Using Microsoft SQL Server 2005 | $ 89.00 | 0 | 1 |

**Please select payment method**

○ Paypal


PayPal
VISA   DISCOVER   BANK

○ Moneybooker


moneybookers
((( ● VISA 中BANK

Pay now   Cancel Order

Guarantee | Buying Process | F.A.Q | Payment | Refundment Term | Samples | Testing Engine | privacy | Contact | Sitemap 1 2 3 4

Copyright©2006-2009 certinside Limited. All Rights Reserved

PayPal   Maestro   ●   VISA   DISCOVER   ▦   VISA Electron