# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## APPEARANCE

**MICROSOFT CORPORATION,**

        **Plaintiff,**

        **CASE NUMBER:**     3:10-cv-00162 (VLB)

  v.

**JUN YAN, ET AL.,**

        **Defendants.**

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for:     **ALL NAMED DEFENDANTS.**

---

**March 8, 2010**                                            */s/ Brian E. Moran*
**Date**                                                   **Signature**

**ct05058**                                    **Brian E. Moran**
**Connecticut Federal Bar Number**        **Print Clearly or Type Name**

**(203) 462-7512**                            **ROBINSON & COLE LLP**
**Telephone Number**                   **Address**    1055 Washington Boulevared
                                                                  Stamford, CT 06901-2249

**bmoran@rc.com**
**E-mail address**

## CERTIFICATE OF SERVICE

    This is to certify that the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF.

Brian C. Roche
Gerald C. Pia, Jr.
ROCHE PIA LLC
Two Corporate Drive
Suite 248
Shelton, CT 06484

                                                                           */s/ Brian E. Moran*
                                                                           **Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

                                                                                     **Appearance.frm.Jan.2001**

10250878-v1