UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICROSOFT CORPORATION, | : |
| Plaintiff, | : CIVIL ACTION NO.: 3:10-cv-00162 (VLB) |
| v. | : |
| JUN YAN, ET AL., | : |
| Defendants. | : APRIL 7, 2010 |

## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT(S) AND MEMORANDUM IN SUPPORT THEREOF

Robinson & Cole LLP, counsel of record for the defendant(s) in this action, hereby moves for permission to withdraw.

The grounds for said motion is that Robinson & Cole has not been able to secure the cooperation and assistance of defendant(s), who are apparently overseas. Therefore, Robinson & Cole is not in a position to provide effective counsel or assistance in this matter. Robinson & Cole was engaged by counsel in Taiwan on behalf of the defendant(s) to secure additional time within which to respond to the Amended Complaint. Since then, the defendant(s) have been uncommunicative despite several attempts on Robinson & Cole's part to elicit the defendant(s)' cooperation.

10308400-v1

                Respectfully submitted,

By: _____
      Brian E. Moran, Esq. (ct05058)
      Nathan C. Zezula, Esq. (ct27936)
      ROBINSON & COLE LLP
      1055 Washington Boulevard
      Stamford, CT  06901-2249
      Tel:  (203) 462-7512
      Fax:  (203) 462-7599
      Email: bmoran@rc.com
              nzezula@rc.com

On behalf of the Named Defendants

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on counsel of record for the plaintiff, Brian C. Roche, Esq., Roche Pia, LLC, Two Corporate Drive, Suite 248, Shelton, CT 06484, and Attorney Yang, defendant(s)' Taiwanese attorney and agent, via email, this 7th day of April, 2010.

_____
Brian E. Moran