**UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **MICROSOFT CORPORATION,** | |
| **Plaintiff,** | |
| **-v-** | **CIVIL ACTION NO. 3:10cv162 (VLB)** |
| **JUN YAN a/k/a YAN JUN, an individual; JACK LEE, an individual; FANG JIANG a/k/a JIANG FANG, an individual; AIMIN SUN a/k/a SUN AIMIN, an individual; YAN JIARONG a/k/a JIARONG YAN, an individual; GU HANBING a/k/a HANBING GU, an individual; JIANG WEN YUAN a/k/a WEN YUAN JIANG, an individual; YU NI a/k/a NI YU, an individual; JACK DANG, an individual; RAPHAEL HUA, an individual; XIAO JUN LEE a/k/a LEE HYO-ARMY a/k/a LI XAOU JUN, an individual; MARTIN WANG, an individual; JIANXIAO BAO a/k/a BAO JIANXIAO, an individual; LIANG DANG a/k/a DANG LIANG, an individual; ZICHEN, an unincorporated association; TESTINSIDE a/k/a TESTINSIDE LIMITED a/k/a TESTINSIDE CO. LTD, an unincorporated association; and JOHN DOES 17-50, each one and collectively d/b/a Testinside, testinside.com, testinside.org, testinside.us, testinside.net, testinside.co.uk, testinside.ws, pass4side.com, pass4side.net, certinside.com, certinside.org, certinside.net, exam4cert.com, exam4cert.biz, exam4cert.net, and exam4cert.org** | **April 9, 2010** |
| **Defendants.** | |

_____

**<u>NOTICE OF NON-OPPOSITION TO DEFENSE COUNSEL'S MOTION TO WITHDRAW; AND PLAINTIFF'S RENEWED MOTION FOR SUPPLEMENTAL IMPOUNDMENT AND MOTION FOR SUBSEQUENT ENTRY OF DEFAULT</u>**

The plaintiff, Microsoft Corporation ("Microsoft" or "Plaintiff"), hereby gives notice that it does not oppose defendants' counsel's motion to withdraw as counsel.

In light of that motion, and the defendants' failure to answer or respond to the Amended Complaint by April 7, 2010, Microsoft renews, and requests that the Court consider, Microsoft's Motion for Supplemental Impoundment Order [doc. # 32].  Microsoft's points and authorities supporting a supplemental impoundment order are set forth in that motion [doc. # 32].

Upon the Court's consideration of and entry of a supplemental impoundment order, Microsoft would further request an entry of default against the defendants for failure to respond to the Complaint by April 7, 2010 – the deadline that was set after the defendants requested an extension of time on March 8, 2010 [doc. # 34].[1]  An entry of default is warranted because the defendants have not timely responded to the Complaint.

---

[1]  Microsoft does <u>not</u> request entry of default until the Court has adjudicated Microsoft's Motion for Supplemental Impoundment Order [doc. # 32].  As noted in that motion, section 503(a) of the Copyright Act provides that an impoundment order must be entered "while an action under this title is pending."  17 U.S.C. § 503(a).  The ultimate relief to be ordered under that section – "destruction or other reasonable disposition of all … articles by means of which such copies … may be reproduced" – must be entered "[a]s part of a final judgment or decree," 17 U.S.C. § 503(b), and assumes the prior entry of an impoundment order during the litigation under § 503(a).  Because impoundment precedes the reasonable disposition, Microsoft requests that the Court impound defendants' domain names pursuant to 17 U.S.C. § 503(a) in order to ensure the availability of ultimate relief for Microsoft.

WHEREFORE, Microsoft requests a supplemental impoundment order and subsequent entry of default.

THE PLAINTIFF,
MICROSOFT CORPORATION

By:    /s/
       Brian C. Roche (ct17975)
       Gerald C. Pia, Jr. (ct21296)
       Roche Pia LLC
       Two Corporate Drive, Suite 248
       Shelton, CT  06484
       Telephone 203.944.0235
       Facsimile 203.567.8033
       broche@rochepia.com
       gpia@rochepia.com

## CERTIFICATION

I hereby certify that, on the date hereon, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.


/s/ _____
Brian C. Roche (ct17975)
Gerald C. Pia, Jr. (ct21296)